LOUIS FRASZAK, Respondent, *v.* ERIE RAILROAD COM-
PANY, Appellant.

*Fraszak* v. *Erie R. R. Co.*, 170 App. Div. 934, affirmed.
(Argued February 12, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 10, 1915, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his employer.
The plaintiff, was engaged in painting a plate girder
bridge, by which the tracks of the defendant were carried
above the tracks of the New York Central approxi-
mately twenty-one feet below. At the time of the
accident plaintiff was standing on a board placed upon
the upper flanges of the floor beams of the bridge. The
plaintiff alleged that one end of the board moved out and
dropped down and he and the board fell to the New York
Central tracks below, causing the injuries complained of.
The defendant denied negligence on its part and alleged
assumption of risk.

*John W. Ryan* for appellant.
*Frederick A. Hipp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, CRANE and
ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and
McLAUGHLIN, J.